UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


FILED
NOV 0 1 2004

NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID A. PASSARO | MOTION TO DISMISS FOR LACK OF JURISDICTION<br>Fed. R. Crim. P. 12(b)(2) |

DAVID A. PASSARO, defendant in the above-captioned case, hereby moves this Honorable Court for an order dismissing this action for lack of jurisdiction. A supporting memorandum of law accompanies this motion.

Respectfully requested this 1ST day of November, 2004.

*Thomas P. McNamara*
THOMAS P. McNAMARA
Federal Public Defender
N.C. State Bar No. 5099

1

lc: Boyle

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JAMES A. CANDELMO
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by hand delivering a copy of same

This the 1ST day of November, 2004.

*Thomas P. McNamara*
THOMAS P. McNAMARA
Federal Public Defender
N.C. State Bar No. 5099