UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) GOVERNMENT RESPONSE |
| | ) DEFENDANT'S NOTICE OF INTENT |
| v. | ) TO ASSERT PUBLIC AUTHORITY |
| | ) DEFENSE AND REQUEST FOR WITNESS |
| | ) INFORMATION |
| DAVID A. PASSARO | )     (Under Seal) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, in accordance with Fed R. Crim P. 12.3(a)(3) and 12.3(a)(4)(A), hereby files this response to defendant's notice of his intent to assert the public authority defense and requests the appropriate witness information related to the defense.

1. On November 12, 2004, the Defendant filed his Notice of Intent to Assert Public Authority Defense. Along with this notice, defendant filed several other motions involving the discovery and disclosure of sensitive information related to his public authority defense.

2. Based on all the information the Government has examined to date, and in accordance with Fed R. Crim P. 12.3(a)(3), the Government denies that the defendant exercised the public authority identified in his notice.

3. Additionally, in accordance with Fed R. Crim P. 12.3(a)(4)(A) the Government hereby requests the defendant disclose the name, address and telephone number of each witness the

Unsealed 4/12/05
K: Boyle w/prop. M+order to Seal

72

defendant intends to rely on to establish the public authority defense.

Respectfully submitted, this 3rd day of January, 2005.

FRANK D. WHITNEY
United States Attorney


_signature_ for
BY: JAMES A. CANDELMO
Assistant United States Attorney
Criminal Division

CERTIFICATE OF SERVICE

This is to certify that I have this 3d day of January, 2005, served a copy of the foregoing Response to Defendant's Notice to Assert Public Authority Defense in this action via courier as follows:

>Thomas P. McNamara, Esq.
>Federal Public Defender's Office
>Raleigh, North Carolina

*Ein Rowlin* for
JAMES A. CANDELMO
Assistant United States Attorney
Criminal Division