UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-1BO

FILED
JAN 5 — 2005
CLERK
US DISTRICT COURT, EDNC
BY_____ DEP. CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MOTION TO SEAL |
| DAVID A. PASSARO | : | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court for an Order sealing the Government's Response to Defendant's Notice of Intent to Assert Public Authority Defense and Request for Witness Information regarding the above-referenced matter, and this Motion to Seal except that the Clerk provide copies of same to the United States Attorney's Office and counsel for the defendant.

Respectfully submitted, this ___3___ day of January, 2005.

FRANK D. WHITNEY
United States Attorney

BY: JAMES A. CANDELMO
Assistant United States Attorney
Criminal Division