IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-211-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| DAVID A. PASSARO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court pursuant to Defendant's November 5, 2004 Motion to Compel. In his Motion, Defendant asks the Government to produce a potential trial witness list, so that he can comply with this Court's order that he refrain from contacting the Government's witnesses. On November 22, 2004, the Government provided its witness list to Defendant and the Court. Accordingly, Defendant's November 5, 2004 Motion to Compel is rendered MOOT.

SO ORDERED.

This the __ day of Feb., 2005.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1