

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID A. PASSARO | DEFENDANT'S STATEMENT OF PUBLIC AUTHORITY DEFENSE WITNESSES<br>Fed. R. Crim. P. 12.3(a)(4)(B)<br><br>(Filed In Camera and Under Seal with the Court Security Officer) |

DAVID A. PASSARO, defendant in the above-captioned case, by and through counsel, hereby submits this complete statement of public authority defense witnesses. Fed. R. Crim. P. 12.3(a)(4)(B); Feb. 5, 2005 Court Order (Attached). THIS SUBMISSION DOES NOT REQUIRE ACTION BY THE COURT.

In addition to those persons identified in the initial notice dated January 13, 2005 (DE-72), Mr. Passaro intends to rely upon the following former (except for Director Goss) employees of the Central Intelligence Agency to establish his public authority defense:

J. Cofer Black
Vice-Chair, Blackwater USA
850 Puddin Ridge Road
Moyock, NC 27958
(252) 435-2050

Porter J. Goss
Director of Central Intelligence
Central Intelligence Agency
Washington, D.C., 20505
(703) 482-0623

1

Stephen R. Kappes
Executive Vice-President, Global Strategy
ArmorGroup North America
Tysons Dulles Plaza 1
1420 Spring Hill Road, Suite 300
McLean, VA 22102
(703) 356-0002

John E. McLaughlin
Senior Fellow
The Paul H. Nitze School of Advanced International Studies
1740 Massachusetts Ave., N.W.
Washington, D.C. 20036
(202) 663-5600

Michael J. Sulick
XXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XXXXXXXXXX

Michael Scheuer
XXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XXXXXXXXXX

James L. Pavitt
XXXXXXXXXXXXXX
XXXXXXXXXXXXXX
XXXXXXXXXX

      Mr. Passaro also submits updated contact information for George J. Tenet and Alberto R. Gonazales, who were both listed in Mr. Passaro's initial notice (DE-72).

George J. Tenet
Distinguished Professor in the Practice of Diplomacy
Edmund A. Walsh School of Foreign Service, Georgetown University
301 InterCultural Center
37th & O Streets, N.W.
Washington, D.C., 20057
(202) 687-5696

Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C., 20530-0001
(202) 353-1555

Respectfully submitted this 10th day of May, 2005.

*Thomas P. McNamara*

THOMAS P. McNAMARA
Federal Public Defender
N.C. State Bar No. 5099

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that pursuant to paragraph 20 of the Protective Order issued by the Court on July 29, 2004, a copy of the foregoing was submitted to Dan Hartenstine, a Court Security Officer identified in paragraph 4 of the Protective Order, and James A. Candelmo, Assistant United States Attorney, by hand delivering a copy of same.

This the 10th day of May, 2005.

*Thomas P. McNamara*

THOMAS P. McNAMARA
Federal Public Defender
N.C. State Bar No. 5099