FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED
MAY 2 7 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDVA
DEP CLK

## MEMORANDUM OF UNDERSTANDING REGARDING
## RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 et seq., and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ August 2nd, 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.

_Dan Hartenstine_
Court Security Officer

_May 12, 2005_
Date

_Joseph B Gilbert_
(Printed Name of Signatory)

_Joseph B Gilbert_
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE _5/23/05_

FILED
MAY 2 7 2005
FRED L. BORCH III, CLERK
U.S. DISTRICT COURT, EDNC
BY _____ DEP. CLK.

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes,
regulations, and orders, related to, but not limited to, Title 18
United States Code including espionage and related offenses; The
Intelligence Agents Identities Protection Act; unauthorized
disclosure of classified information; Title 18 U.S.C. Section
641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and
Executive Order 12958, I understand that I may be the recipient
of information and documents that concern the present and future
security of the United States and belong to the United States,
and that such documents and information together with the methods
and sources of collecting it are classified by the United States
Government. In consideration for the disclosure of classified
information and documents:

(1) I agree that I shall never divulge, publish, or reveal
either by word, conduct or any other means, such classified
documents and information unless specifically authorized in
writing to do so by an authorized representative of the United
States Government; or as authorized by the Court pursuant to CIPA
and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-
disclosure agreement signed by me will remain forever binding on
me.

(3)  I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ August 2 , 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.

Dan Hartastine
Court Security Officer

5/12/05
Date

LAWRENCE J ADAMS
(Printed Name of Signatory)

Lawrence J Adams
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED
MAY 2 7 2005
FRED L. BORCH III, CLERK
U.S. DISTRICT COURT, EDVIC
BY DEP CLK

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective

Order entered by the United States District Court for the Eastern

District of North Carolina on ~~June~~ *August 2* , 2004, in the above-

styled case and relating to classified information, and I agree

to comply with the provisions thereof.

_____
Court Security Officer

_____
JAMES C. TODD JR
(Printed Name of Signatory)

_____
Date   May 12, 2004

_____
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

FILED

MAY 2 7 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDVC
DEP CLK

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~the~~ _Aug 2nd_, 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.


_Dan Hartenstine_
Court Security Officer

_May 12, 2005_
Date


_WINDY C. VENABLE_
(Printed Name of Signatory)

Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE 5/23/05

FILED

MAY 27 2005

FRED L. ... CLERK
U.S. DISTRICT COURT, EDNC
BY _____ DEP CLK

## MEMORANDUM OF UNDERSTANDING REGARDING
## RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ *August* 2, 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.

_____
Court Security Officer

_____5/12/05_____
Date

LINDA M. GANTT
_____
(Printed Name of Signatory)

_____
Signature

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED

MAY 2 2005

FRED L. JONES JR. CLERK
US DISTRICT COURT, E.D.VA.
DEP. CLK
BY

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ *Aug. 2nd*, 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.

Dan Hartenstine
_____
Court Security Officer

Joseph H. Craven
_____
(Printed Name of Signatory)

05/12/05
_____
Date

_____
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED
MAY 2 7 2005
CLERK, U.S. DISTRICT COURT, EDVA
US DISTRICT COURT
BY

## MEMORANDUM OF UNDERSTANDING REGARDING
## RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18, United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 et seq., and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ *August* 2 , 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.

_Dan Hartenstine_
Court Security Officer

_Thomas P. McNamara_
(Printed Name of Signatory)

_5/12/05_
Date

_Thomas P. Mc Namara_
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 5/23/05

FILED
MAY 2 7 2005

FRED L. BORCH III, CLERK
U.S. DISTRICT COURT, EDVA
DEP. CLK
BY _____

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)  I have received, read, and understand the Protective
Order entered by the United States District Court for the Eastern
District of North Carolina on ~~June~~ *Aug* 2nd , 2004, in the above-
styled case and relating to classified information, and I agree
to comply with the provisions thereof.


Dan Hartenstine
Court Security Officer

CHARLES ROBERT LIVINGSTON, JR
(Printed Name of Signatory)


5/2/05
Date

Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED

MAY 2 7 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY DEP. CLK

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective

Order entered by the United States District Court for the Eastern

District of North Carolina on ~~June~~ *August* 2nd , 2004, in the above-

styled case and relating to classified information, and I agree

to comply with the provisions thereof.

_Dn Hartenstine_ _____
Court Security Officer

_May 12 2005_ _____
Date

_David A. Passaro_ _____
(Printed Name of Signatory)

_David A. Passaro_ _____
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE 5/23/05

FILED

MAY 2 7 2005

FRED L. BOROUSH, CLERK
US DISTRICT COURT, EDVA

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes,
regulations, and orders, related to, but not limited to, Title 18,
United States Code including espionage and related offenses; The
Intelligence Agents Identities Protection Act; unauthorized
disclosure of classified information; Title 18 U.S.C. Section
641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and
Executive Order 12958, I understand that I may be the recipient
of information and documents that concern the present and future
security of the United States and belong to the United States,
and that such documents and information together with the methods
and sources of collecting it are classified by the United States
Government. In consideration for the disclosure of classified
information and documents:

(1) I agree that I shall never divulge, publish, or reveal
either by word, conduct or any other means, such classified
documents and information unless specifically authorized in
writing to do so by an authorized representative of the United
States Government; or as authorized by the Court pursuant to CIPA
and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-
disclosure agreement signed by me will remain forever binding on
me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ *August* 2 , 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.


_Dan Hartenstine_
Court Security Officer

_Patricia H. Rollins_
(Printed Name of Signatory)

_May 12, 2005_
Date

_Patricia H. Rollins_
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/23/05

FILED
MAY 2 7 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDVNC
DEP. CLK
BY

MEMORANDUM OF UNDERSTANDING REGARDING
RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statute, regulations, and orders, related to, but not limited to, Title 18, United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)  I have received, read, and understand the Protective

Order entered by the United States District Court for the Eastern

District of North Carolina on ~~June~~ *August* __2__ , 2004, in the above-

styled case and relating to classified information, and I agree

to comply with the provisions thereof.

_____
Court Security Officer

JOHN PRESTON GOAD
_____
(Printed Name of Signatory)

__5/12/05__
Date

_____
Signature

FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 5/23/05

FILED

MAY 2 7 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

## MEMORANDUM OF UNDERSTANDING REGARDING
## RECEIPT OF CLASSIFIED INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders, related to, but not limited to, Title 18 United States Code including espionage and related offenses; The Intelligence Agents Identities Protection Act; unauthorized disclosure of classified information; Title 18 U.S.C. Section 641; Title 50 U.S.C. Section 783; 28 C.F.R. 17 *et seq.*, and Executive Order 12958, I understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States Government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to CIPA and the protective Order entered in the above-styled case.

(2) I agree that this Memorandum and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the Eastern District of North Carolina on ~~June~~ *August* _2nd_, 2004, in the above-styled case and relating to classified information, and I agree to comply with the provisions thereof.


_Dan Hartenstine_
Court Security Officer

_May 12, 2005_
Date

_Joseph B Gilbert_
(Printed Name of Signatory)

_Joseph B Gilbert_
Signature