IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



FILED
SEP 2 8 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

No. 5:04-CR-211-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAVID A. PASSARO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court pursuant to the hearing held on September 20, 2005. As stated in the hearing, Defendant has thirty days from the date of the hearing to make any supplemental filings. The government will have thirty days from the time Defendant makes any supplemental filing to respond. Trial in this matter will be set for thirty days from the time the government's response is filed.

Additionally, docket entries 130, 132 and 133 in this matter have been reviewed and deemed unclassified. Accordingly, the Court ORDERS the Clerk to unseal these filings and make them a part of the public record.

SO ORDERED.

This the 28 day of September, 2005.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE