UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-BO(1)

FILED
NOV 0 1 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) MOTION TO EXTEND MOTION |
| | )     RESPONSE TIME |
| DAVID A. PASSARO | ) |