UNITED STATES DISTRICT COURT
EASTARN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:04-CR-211-1



FILED
NOV 2 1 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ENTRY OF COUNSEL** |
| VS. ) | |
| ) | |
| DAVID A. PASSARO ) | |
| ) | |
| Defendant. ) | |

**NOW COMES**, Clinton Louis Rudisill, Attorney at Law, and gives notice to this Honorable Court, the United States Attorney and the Clerk of Court for the E.D.N.C., that he will be appearing the above captioned matter.

Clinton Louis Rudisill
N.C. Bar # 26691
Attorney for Defendant
No. 105
439 Westwood S/C
Fayetteville, NC 28314
(910) 868-1317
(910) 868-4403 FAX
rudisillc@nc.rr.com

SCANNED