

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | GOVERNMENT'S CLASSIFIED |
| v. ) | ATTACHMENT TO ITS MOTION |
| ) | IN LIMINE TO EXCLUDE |
| DAVID A. PASSARO, ) | DEFENDANT'S PUBLIC |
| ) | AUTHORITY DEFENSE |
| Defendant. ) | |
| ) | (FILED IN CAMERA, |
| ) | UNDER SEAL) |

FILED
NOV 2 3 2005
FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:04-cr-00211-BO    Document 158    Filed 11/23/2005    Page 1 of 1

Secret