UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-211-1-1BO

FILED

NOV 2 9 2005

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA    )
                            )    (FILED IN CAMERA
v.                          )     UNDER SEAL)
                            )
DAVID A. PASSARO            )


**GOVERNMENT'S MOTION FOR AN IN CAMERA HEARING
TO DETERMINE MATTERS UNDER SECTION 6
OF THE CLASSIFIED INFORMATION PROCEDURES ACT**