

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE:

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID A. PASSARO | Deft's<br>PROFFER IN SUPPORT OF PUBLIC AUTHORITY DEFENSE |