
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:04-CR-211-BO(1)

| UNITED STATES OF AMERICA | DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO GOVERNMENT'S *MOTION IN LIMINE* TO EXCLUDE PUBLIC AUTHORITY DEFENSE |
|---|---|
| v. | |
| DAVID A. PASSARO | |

SCANNED

Secret