NO. 407   P.2


FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 1/10/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ) ) |
| DAVID A. PASSARO | ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BILL OF PARTICULARS