UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



CASE NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **GOVERNMENT'S NOTICE** |
| ) | **OF EX PARTE FILING** |
| DAVID A. PASSARO, ) | |
| ) | |
| DEFENDANT, ) | |
| ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, respectfully files the following notice of Ex Parte filing:

The United States has, on the 12th day of January, 2006, filed a classified filing, which is filed ex parte, in camera, and under seal.

Respectfully Submitted,

FRANK D. WHITNEY
UNITED STATES ATTORNEY

By: _____
JAMES A. CANDELMO
ASSISTANT UNITED STATES ATTORNEY

CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of January, 2006, served a copy of the foregoing notice upon the defendant in this action by hand delivery of the same addressed as follows:

THOMAS MCNAMARA
Federal Public Defender
Raleigh, North Carolina

JAMES A. CANDELMO
Assistant United States Attorney