FILED

JAN 31 2006

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:04-CR-211-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **GOVERNMENT'S RESPONSE** |
| ) | **TO DEFENDANT'S MOTION** |
| DAVID A. PASSARO, ) | **TO COMPEL DISCOVERY** |
| ) | |
| Defendant. ) | |
| _____) | |

Pending