United States District Court
Judge Terrance Boyle
March 9, 2006



RE: United States –vs. - David Anthony Passaro

Your Honor,

 In the case, The United States -vs. - David Anthony Passaro, I have an interest in that I have a son fathered by David. I have just learned that David has a Detention Hearing, and have requested that my attorney petition for a restraining order. Anthony has not seen David in nine months. He has only spoken with David on the phone once a week for the past five weeks and only after David and his attorney agreed to allow the suspension of the custody order, giving me full custody. During several of those conversations David has allowed Anthony, who is only 4 years old, to speak with a criminal that is incarcerated with him. I feel that if David is allowed to visit my son he wound be around people of questionable character and, I worry about his safety and security. I also have a concern because after one of the phone calls Anthony mentioned going on a long hiking and camping trip with David and I fear he may flee with him.

 The second matter is the fact that there are several civil and domestic matters pending. David has never paid any child support for his son, in fact, I paid for all hospital and doctor bills for Anthony's prenatal care and delivery. My lawyer and I have attempted to have this heard before the County Judge but have been unable to find a court date that David and/or his attorney could make it. I understand that there was a large sum of money with David when he was arrested, and believe that Anthony should be considered when those funds are dispersed.

 Thank you for your time in reviewing these matters.

            Sincerely,

            *Tami Passaro*

            Tami Passaro
            (910) 818-8186