# CONTAINS
# REDACTED PAGES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:04-CR-211-1-BO



**FILED**

JUN 2 6 2006

FRED L. BORCH III, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE 6/26/06

UNITED STATES OF AMERICA,       )
                                )
v.                              )        O R D E R
                                )        Under Seal
DAVID A. PASSARO,               )
                                )
            Defendant.          )
_____)

    This matter is before the Court on Defendant's Modified Notice of Intention to Disclose

Classified Information During Jury Trial. Upon the Government's motion and in accordance

with Section 6(a) of the Classified Information Procedures Act ("CIPA"), an *in camera* hearing

was held to determine the admissibility, use, and relevance of the classified information specified

in Defendant's Modified Notice.[1] At the conclusion of this hearing, which took place in Raleigh

on March 22, 2006, the parties agreed to submit a proposed order to the Court which

incorporated its rulings and the agreed upon substitutions for relevant classified information, and

clarified any remaining issues of contention.[2]

    The Court has since received the order prepared by the parties and carefully reviewed its

---

[1] CIPA establishes a pretrial procedure for ruling upon the admissibility of classified information. *United States v. Smith*, 780 F.2d 1102, 1105 (4th Cir. 1985). Section 5(a) mandates that a criminal defendant notify the government and the court if he reasonably expects to disclose classified information during his trial or any pretrial proceeding. 18 U.S.C. app. 3 § 5(a). Once such notice is given, the government may then request a hearing under Section 6(a) to determine "the use, relevance, or admissibility" of the classified information. *Id.* § 6(a). This hearing must be held *in camera* if the Attorney General certifies that a public proceeding would result in the disclosure of classified information. *Id.*

[2] Section 6(a) further dictates that "[a]s to each item of classified information, the court shall set forth in writing the basis for its determination." *Id.*



contents. Accordingly, mindful of Defendant's constitutional rights and the Government's interest in safeguarding the proffered classified information, the Court makes the following rulings with respect to the numbered paragraphs in Defendant's Modified Notice:

| PARAGRAPH | RULING |
|-----------|--------|
| 1. | Admissible with the following substitutions[3]: "Robert Stevens" for ██████ and ██████ for ██████ |
| 2. | Admissible with the following substitutions: "Robert Stevens" for references to ██████ ██████ for ██████ and "Steven Jones" for ██████ |
| 3. | Not classified |
| 4. | Not classified |
| 5. | Not classified |
| 6. | Not classified |
| 7. | Not classified |

---

[3]CIPA Section 6(c)(1) permits the government, "upon any determination by the court authorizing the disclosure of specified classified information," to move that "in lieu of the disclosure of such specific classified information, the court order:

(A) the substitution for such classified information of a statement admitting relevant facts that the specific classified information would tend to prove; or
(B) the substitution for such classified information of a summary of the specific classified information."

18 U.S.C. app. 3 § 6(c)(1)(A)-(B). The court must grant the motion if the substitution "provide[s] the defendant with substantially the same ability to make his defense as would disclosure of the specified classified information." *Id.* The Government in this case has chosen to seek numerous substitutions with Defendant's input. The Court finds that these substitutions convey the relevant facts in an unclassified fashion and adequately serve the interests at stake.

| 8. | Admissible with the following substitutions:<br>"Richard McDonald" for ███████ and ███████<br>███████ redacted |
|---|---|
| 9. | Admissible with the following substitution[4]:<br>"Richard McDonald" for ███████ |
| 10. | Not classified |
| 11. | Not classified |
| 12. | Not classified |
| 13. | Not classified |
| 14. | Not classified |
| 15. | Admissible (parties may offer the fact that Defendant was provided various aliases but must substitute his true name wherever aliases appear) |
| 16. | Admissible with the following substitution:<br>███████ for ███████ |
| 17. | Admissible with the following summary:<br>███████ |
| 18. | Admissible with the following summary:<br>███████ |
| 19. | Government objection sustained (irrelevant and inadmissible)[5] |
| 20. | Government objection sustained (irrelevant and inadmissible) |

___

[4]For the sake of clarity, substitute names appear in their full form throughout this Order.

[5]The standard of relevance applied for CIPA purposes is no different than the standard routinely applied to all cases under the Federal Rules of Evidence. Therefore, with respect to the classified information which the Court has deemed irrelevant and inadmissible, Defendant has simply failed to carry his burden of demonstrating relevance. *See* Fed. R. Evid. 402.

| 21. | Government objection sustained (irrelevant and inadmissible) |
|---|---|
| 22. | Government objection sustained (irrelevant and inadmissible) |
| 23. | Not classified |
| 24. | Government objection sustained (irrelevant and inadmissible) |
| 25. | Not classified |
| 26. | Government objection sustained (irrelevant and inadmissible) |
| 27. | Admissible with the following substitutions:<br>"Richard Andrews" for ▮ and reference to ▮ removed |
| 28. | Admissible with the following substitution:<br>"Randy Wilson" for ▮ |
| 29. | Admissible with the following substitution:<br>"Robert Stevens" for ▮ |
| 30. | Not classified |
| 31. | Not classified |
| 32. | Not classified |
| 33. | Not classified |
| 34. | Not classified |
| 35. | Not classified |
| 36. | Admissible with the following summary: |

37.                Admissible with the following summary:

38.                Admissible with the following summary:

39.                Not classified

40.                Government objection sustained (irrelevant and inadmissible)

41.                Government objection sustained (irrelevant and inadmissible)

42.                Not classified

43.                Admissible with the following substitution:
                       "Jim Phillips" for

44.                Admissible with the following substitution:

                       redacted

45.                Admissible with the following substitutions:
                       "Jeff Simpson" for       and "locations in Afghanistan
                       other than Asadabad" for

46.                Admissible with the following substitution:
                       "Wahid" for

47.                Admissible with the following substitution:
                       for

48.                Admissible with the following substitution:
                                   for

49.                Not classified

| 50. | Not classified |
| --- | --- |
| 51. | Not classified |
| 52. | Not classified |
| 53. | Not classified |
| 54. | Not classified |
| 55. | Admissible with the following substitution: "another location in Afghanistan" for ███████ |
| 56. | Not classified |
| 57. | Not classified |
| 58. | Not classified |
| 59. | Admissible with following substitution: "Robert Stevens" for ███████ |
| 60. | Admissible with the following substitutions: "Robert Stevens" for ███████ and ███████ for ███████ |
| 61. | Admissible with the following substitutions: "Robert Stevens" for ███████ and ███████ for ███████ |
| 62. | Admissible with the following substitution: "Robert Stevens" for ███████ |
| 63. | Admissible with the following substitution: ███████ for ███████ |
| 64. | Admissible with the following substitutions: "Robert Stevens" for ███████ and ███████ for ███████ |
| 65. | Admissible with the following substitution: ███████ for ███████ |

6

| 66. | Government objection sustained (irrelevant and inadmissible) |
| 67. | Government objection sustained (irrelevant and inadmissible) |
| 68. | Government objection sustained (irrelevant and inadmissible) |
| 69. | Government objection sustained (irrelevant and inadmissible) |
| 70. | Government objection sustained (irrelevant and inadmissible) |
| 71. | Government objection sustained (not a fact for trial) |
| 72. | Government objection sustained (not a fact for trial) |
| 73. | Government objection sustained (irrelevant and inadmissible) |
| 74. | Government objection sustained (irrelevant and inadmissible) |
| 75. | Government objection sustained (irrelevant and inadmissible) |
| 76. | Government objection sustained (irrelevant and inadmissible) |
| 77. | Government objection sustained (irrelevant and inadmissible) |
| 78. | Not classified |
| 79. | Not classified |
| 80. | Not classified |
| 81. | Not classified |
| 82. | Admissible with the following substitutions:<br>████████████ for ████████ and ████ for ████████████ |
| 83. | Not classified |
| 84. | Not classified |
| 85. | Not classified |
| 86. | Not classified |

| 87. | Not classified |
|---|---|
| 88. | Not classified |
| 89. | Not classified |
| 90. | Admissible with the following summary: |

| 91. | Admissible with the following summary:<br>"After receiving the rocket fire, U.S. personnel attempted to determine who was behind the attacks." |
|---|---|
| 92. | Government objection sustained (irrelevant and inadmissible) |
| 93. | Government objection sustained (irrelevant and inadmissible) |
| 94. | Admissible with the following summary: |

| 95. | Admissible with the following substitution:<br>for references to |
|---|---|
| 96. | Government objection sustained (irrelevant and inadmissible) |
| 97. | Government objection sustained (irrelevant and inadmissible) |
| 98. | Government objection sustained (irrelevant and inadmissible) |
| 99. | Government objection sustained (irrelevant and inadmissible) |
| 100. | Government objection sustained (irrelevant and inadmissible) |
| 101. | Government objection sustained (irrelevant and inadmissible) |
| 102. | Government objection sustained (irrelevant and inadmissible) |
| 103. | Government objection sustained (irrelevant and inadmissible) |

| 104. | Government objection sustained (irrelevant and inadmissible) |
| 105. | Government objection sustained (irrelevant and inadmissible) |
| 106. | Not classified |
| 107. | Not classified |
| 108. | Not classified |
| 109. | Not classified |
| 110. | Admissible with the following substitution:<br>"Richard Andrews" for ████████ |
| 111. | Not classified |
| 112. | Not classified |
| 113. | Not classified |
| 114. | Admissible with the following summary:<br>████████████████████████████ |
| 115. | Admissible with the following substitution:<br>████████████ for ████████ |
| 116. | Admissible with the following substitution:<br>████████ ·for ████████████ |
| 117. | Not classified |
| 118. | Not classified |
| 119. | Not classified |
| 120. | Not classified |
| 121. | Admissible with the following substitutions:<br>████ for ████ and ████████ for |

| 122. | Admissible with the following substitutions: "Steven Jones" for ▓ and ▓ for ▓ |
|---|---|
| 123. | Admissible with the following substitution: ▓ for ▓ |
| 124. | Not classified |
| 125. | Not classified |
| 126. | Not classified |
| 127. | Not classified |
| 128. | Not classified |
| 129. | Not classified |
| 130. | Admissible with the following substitution[6]: "Steven Jones" for ▓ and ▓ for ▓ |
| 131. | Not classified |
| 132. | Not classified |
| 133. | Not classified |
| 134. | Not classified |
| 135. | Not classified |
| 136. | Not classified |
| 137. | Not classified |

---

[6]In an abundance of caution and for the purpose of consistency, the Court has substituted "Steven Jones" wherever ▓ occurs in Defendant's Modified Notice, regardless of whether the substitution was proposed by the parties. In addition, the Court has replaced any name which the parties have agreed to replace with the designated substitute name, assuming any inconsistency in the proposed order is the result of mere oversight.

| 138. | Not classified |
| 139. | Not classified |
| 140. | Not classified |
| 141. | Not classified |
| 142. | Not classified |
| 143. | Not classified |
| 144. | Not classified |
| 145. | Not classified |
| 146. | Not classified |
| 147. | Admissible with the following substitution: "Steven Jones" for ▮ |
| 148. | Not classified |
| 149. | Not classified |
| 150. | Not classified |
| 154. | Not classified |
| 155. | Admissible with the following substitutions: ▮ for references to ▮ |
| 156. | Admissible with the following substitutions: "Richard Andrews" for ▮ and ▮ for ▮ |
| 157. | Not classified |
| 158. | Not classified |
| 159. | Not classified |

11

| 160. | Not classified |
| --- | --- |
| 161. | Not classified |
| 162. | Admissible with the following summary:<br>"Steven Jones, the supervising CIA officer at Asadabad Firebase, denied ever striking or using physical force against Wali in a later report to the supervising CIA office for Afghanistan." |
| 163. | Admissible with the following substitution:<br>"Steven Jones" for |
| 164. | Admissible with the following substitution:<br>"Steven Jones" for |
| 165. | Not classified |
| 166. | Not classified |
| 167. | Not classified |
| 168. | Not classified |
| 169. | Not classified |
| 170. | Admissible with the following substitution:<br>"Steven Jones" for |
| 171. | Not classified |
| 172. | Not classified |
| 173. | Not classified |
| 174. | Not classified |
| 175. | Not classified |
| 176. | Not classified |
| 177. | Not classified |
| 178. | Not classified |

12

| 179. | Not classified |
| 180. | Not classified |
| 181. | Not classified |
| 182. | Not classified |
| 183. | Not classified |
| 184. | Not classified |
| 185. | Not classified |
| 186. | Not classified |
| 187. | Not classified |
| 188. | Not classified |
| 189. | Not classified |
| 190. | Not classified |
| 191. | Not classified |
| 192. | Not classified |
| 193. | Not classified |
| 194. | Not classified |
| 195. | Not classified |
| 196. | Not classified |
| 197. | Not classified |
| 198. | Not classified |
| 199. | Not classified |
| 200. | Not classified |

13

| 201. | Not classified |
|---|---|
| 202. | Not classified |
| 203. | Not classified |
| 204. | Admissible with the following substitutions:<br>"Steven Jones" for ███ and ' ███████ for ███ ██ |
| 205. | Not classified |
| 206. | Not classified |
| 207. | Admissible with the following substitution:<br>████████████████████ for ██████ |
| 208. | Admissible with the following substitution:<br>████████████████████ for ██ |
| 209. | Not classified |
| 210. | Admissible with the following substitution:<br>████████████████████ for ██████ |
| 211. | Not classified |
| 212. | Not classified |
| 213. | Not classified |
| 214. | Admissible with the following substitutions:<br>████████████ for █ ██████ and ██████<br>██ for ████ ██ |
| 215. | Admissible with the following substitution:<br>██████████ for ██████████ |
| 216. | Government objection sustained (irrelevant and inadmissible) |
| 217. | Government objection sustained (irrelevant and inadmissible) |
| 218. | Government objection sustained (irrelevant and inadmissible) |

14

219.        Government objection sustained (irrelevant and inadmissible)

220.        Government objection sustained (irrelevant and inadmissible)

221.        Not classified

222.        Not classified

223.        Admissible with the following substitution:
                        for

224.        Admissible with the following substitutions:
                                    for first reference to
                                                    for
            and                 for second reference to

225.        Admissible with the following substitution:
                            for

226.        Not classified

227.        Admissible with the following substitutions:
                                for
            and                 for

228.        Admissible with the following substitutions:
                            for        and

229.        Admissible with the following substitution:
                            for

229(a).     Admissible with the following substitution:
            "elsewhere in Afghanistan" for

229(b).     Admissible with the following substitutions:
                                for
            for        and
                for references to

229(c).     Admissible with the following substitutions:
                            for        and
                        for

229(d).     Not classified

230.        Admissible with the following substitution:
            ███████████████ for ████████████

231(a).     Admissible with the following substitutions:
            "Steven Jones" for ████████ redacted, and ████
            ███ for ███

231(b).     Admissible with the following substitution:
            ███████████ for ███████

231(c).     Admissible with the following substitutions:
            ████████ redacted and ██████████ for
            references to ████

231(d).     Admissible with the following substitution:
            "Steven Jones" for ████

231(e).     Admissible with the following substitution:
            ████████████████ for ████████

231(f).     Admissible with the following substitutions:
            ████████████ for ███
            and ███████ for ████

232.        Admissible with the following substitutions:
            ████████████ for ███
            and ████████ for ███

233.        Admissible with the following substitutions:
            ████████████ for ███
            ███ for ████████ and
            for ████████

234.        Admissible with the following substitution:
            ████████████████ for ████████

235.        Not classified

16

| 236. | Admissible with the following substitutions: |
| | ████████████████████ for ███████████████ |
| | and ██████ for ████████ |

237.    Government objection sustained (irrelevant and inadmissible)

238.    Not classified

239.    Not classified

240.    Government objection sustained (irrelevant and inadmissible)

241.    Government objection sustained (irrelevant and inadmissible)

242.    Government objection sustained (irrelevant and inadmissible)

243.    Not classified

244.    Government objection sustained (irrelevant and inadmissible)

245.    Government objection sustained (irrelevant and inadmissible)

246.    Government objection sustained (irrelevant and inadmissible)

247.    Government objection sustained (irrelevant and inadmissible)

248.    Government objection sustained (irrelevant and inadmissible)

249.    Government objection sustained (irrelevant and inadmissible)

250.    Government objection sustained (irrelevant and inadmissible)

251.    Admissible with the following substitution:
        ███████████████████████████ for █████████████

252.    Admissible with the following substitution:
        ████████████ redacted

253.    Inadmissible (inadequate notice of classified information)

254.    Admissible with the following substitution:
        ██████████████████████████████████████████

17

255.          Not classified

256.          Not classified

257.          Not classified

258.          Not classified

259.          Admissible with the following substitution:
                                 ███████████ for ███████████

260.          Admissible with the following summary:
                                 "On July 14, 2003, the Director of the CIA sent a message to CIA personnel."

261.          Government objection sustained (irrelevant and inadmissible)

262.          Not classified

263.          Not classified

264.          Admissible with the following substitution:
                                 ██████████████████████ for
                                 ███████████

265.          Admissible with the following substitution:
                                 ████████████ for ███████████
                                 ███████

266.          Admissible with the following substitution:
                                 ██████████████████ for ████████████

267.          Not classified

268.          Not classified

269.          Not classified

270.          Not classified

271.          Not classified

272.          Not classified

273.    Not classified

274.    Not classified

275.    Not classified

276.    Admissible with following substitution:
        "Steven Jones" for ████████████████████████

277.    Admissible with the following substitution:
        ████████████ for ████████████

278.    Not classified

279.    Not classified

280.    Government objection sustained (not a notice of classified
        information)

281.    Admissible with the following substitution:
        "Steven Jones" for ██████

282.    Admissible with the following substitution:
        "Steven Jones" for ██████

283.    Admissible with the following substitution:
        "Steven Jones" for ██████

284.    Admissible with the following substitution:
        "Steven Jones" for ██████

285.    Admissible with the following substitutions:
        "Steven Jones" for ████ and ████████████ for ██████
        ████

286.    Admissible with the following substitution:
        "Steven Jones" for ██████

287.    Admissible with the following substitution:
        "Steven Jones" for ██████

288.    Admissible with the following substitution:
        "Steven Jones" for ██████

| 289. | Admissible with the following substitution:<br>"Steven Jones" for ██████ |
|---|---|
| 290. | Admissible with the following substitution:<br>"Steven Jones" for ██████ |
| 291. | Admissible with the following substitution:<br>"Steven Jones" for ██████ |
| 292. | Admissible with the following substitution:<br>"Steven Jones" for ██████ |
| 293. | Admissible with the following substitution:<br>████████████████ for ████████ |
| 294. | Admissible with the following substitution:<br>███████████ for ████████ |
| 295. | Government objection sustained (irrelevant and inadmissible) |
| 296. | Not classified |
| 297. | Government objection sustained (irrelevant and inadmissible) |
| 298. | Government objection sustained (irrelevant and inadmissible) |
| 299. | Government objection sustained (irrelevant and inadmissible) |
| 300. | Government objection sustained (irrelevant and inadmissible) |
| 301. | Government objection sustained (irrelevant and inadmissible) |
| 302. | Government objection sustained (irrelevant and inadmissible) |
| 303. | Government objection sustained (irrelevant and inadmissible) |
| 304. | Not classified |
| 305. | Not classified |
| 306. | Admissible with the following substitution:<br>████████ for ████████ |

20

| 307. | Not classified |
| 308. | Not classified |
| 309. | Not classified |
| 310. | Not classified |
| 311. | Admissible with the following substitution: ▉▉▉▉▉▉ for ▉▉▉▉▉ |
| 312. | Not classified |
| 313. | Not classified |
| 314. | Not classified |
| 315. | Not classified |
| 316. | Not classified |
| 317. | Not classified |
| 318. | Not classified |
| 319. | Not classified |
| 320. | Not classified |
| 321. | Not classified |
| 322. | Not classified |
| 323. | Not classified |
| 324. | Not classified |
| 325. | Not classified |
| 326. | Admissible with the following substitution: "Matthew Mathers" for ▉▉▉▉▉▉▉▉▉ |

21

| 327. | Admissible with the following substitution: ▮▮▮▮▮▮▮ for ▮▮▮▮▮▮ |
|---|---|

327.     Admissible with the following substitution: ▮
         ▮▮▮▮▮▮▮▮▮▮ for ▮▮▮▮▮▮▮▮

328.     Not classified

329.     Not classified

330.     Government objection sustained (not a notice of classified
         information)

331.     Admissible with the following substitutions:
         "Matthew Mathers" for references to ▮▮▮▮▮▮

332.     Admissible with the following substitution:
         "Matthew Mathers" for ▮▮▮▮▮

333.     Admissible with the following substitutions:
         "Matthew Mathers" for ▮▮▮▮   "Richard Andrews" for ▮▮▮
         ▮▮▮▮▮ for ▮▮▮▮▮ and ▮▮
         for references to ▮▮▮▮

334.     Admissible with the following substitutions:
         "Matthew Mathers" for ▮▮▮▮▮   for ▮
         ▮▮▮ for references to ▮▮▮▮   and ▮
         for references to ▮▮▮

335.     Admissible with the following substitution:
         "Matthew Mathers" for ▮▮▮▮

336.     Admissible with the following substitution:
         "Matthew Mathers" for ▮▮▮▮

337.     Admissible with the following substitutions:
         "Matthew Mathers" for references to ▮▮▮▮ and "Richard
         Andrews" for ▮▮▮▮▮▮ and ▮

338.     Admissible with the following substitution:
         "Matthew Mathers" for references to ▮▮▮▮▮

In addition, the Government presented, and the Court approves, three summaries of

classified documents which the Government conditionally approved for declassification at trial.[7]

SO ORDERED.

This the 2 2 day of June, 2006.

Terrence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

---

[7]This Order is the sole and exclusive ruling of the Court regarding any and all classified information intended to be disclosed at trial. It does not cover any other classified information proffered to the Court during the course of pretrial motions but omitted from Defendant's Modified Notice. As previously noted, a defendant who intends to disclose classified information must provide proper notice under CIPA. *See Smith*, 780 F.2d at 1105 ("A defendant is forbidden from disclosing any such information absent the giving of notice").

23