IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:04-CR-211-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID A. PASSARO | ) |

**MOTION TO DESTROY FIREARMS**

The United States of America, by the United States Attorney for the Eastern District of North Carolina, requests that the Court enter an order authorizing the Government to destroy all firearms and ammunition seized in this matter, pursuant to the All Writs Act, 28 U.S.C. § 1651. A memorandum in support of this motion is filed contemporaneously.

Respectfully submitted this 24th day of March, 2010.

                GEORGE E.B. HOLDING
                UNITED STATES ATTORNEY

                BY: /s/ Stephen A. West
                     STEPHEN A. WEST
                Assistant United States Attorney
                Attorney for Plaintiff
                Civil Division
                310 New Bern Avenue
                Federal Building, Suite 800
                Raleigh, North Carolina 27601-1461
                Telephone: (919) 856-4530
                Facsimile: (919) 856-4821
                E-mail: steve.west@usdoj.gov
                NC State Bar No. 12586

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this 24th day of March, 2010, served a copy of the foregoing motion upon the below-listed party by placing a copy of the same in the U.S. Mails, addressed as follows:

>David A. Passaro
>Reg. No. 24708-056
>Federal Medical Center
>PMB 4000
>Rochester, MN 55903

>GEORGE E.B. HOLDING
>UNITED STATES ATTORNEY


>BY:   /s/ Stephen A. West
>      STEPHEN A. WEST
>Assistant United States Attorney
>Attorney for Plaintiff
>Civil Division
>310 New Bern Avenue
>Federal Building, Suite 800
>Raleigh, North Carolina 27601-1461
>Telephone: (919) 856-4530
>Facsimile: (919) 856-4821
>E-mail: steve.west@usdoj.gov
>NC State Bar No. 12586